No. 584.　Chapin-Sacks Manufacturing Company *v.* Hendler Creamery Company et al.　November 15,

1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Isaac Lobe Straus, Mr. Walter A. Johnston* and *Mr. F. M. Phelps* for petitioner. *Mr. Vernon Cook* for respondents.